IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:11CR3087 |
| V. | ) | |
| CHRISTOPHER MALLETT, | ) | ORDER |
| Defendant. | ) | |

Because the defendant is represented by counsel and pro se parties are not entitled to free copies in such a circumstance,

IT IS ORDERED that the letter treated as a motion (filing 294) is denied. The Clerk shall mail a copy of this order to the defendant.

DATED this 17th day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge