IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3087-4 |
| | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER MALLETT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion for copies (filing 309) is denied.

DATED this 28th day of April, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge