IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:11CR3087 |
| v. | ) | |
| | ) | **ORDER** |
| CHRISTOPHER MALLETT, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's Motion for Discovery Case File (Filing 335) is denied.

DATED this 13th day of February, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge