IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3087-4 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER MALLETT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for copies (filing no. 339) is denied.

DATED this 10th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge